FILED
United States Court of Appeals
Tenth Circuit

August 1, 2011

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

---

EBRAHIM ADKINS,

      Plaintiff-Appellant,

v.

SAM CROW; G. THOMAS
VANBEBBER, Federal District Court
Judges,

      Defendants-Appellees.

No. 11-3103

(D.C. No. 5:11-CV-03005-RDR)

(D. Kan.)

---

ORDER AND JUDGMENT[*]

---

Before **O'BRIEN**, **McKAY**, and **TYMKOVICH**, Circuit Judges.

---

After examining Plaintiff's brief and the appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). This case is therefore ordered submitted without oral argument.

Plaintiff Ebrahim Adkins appeals from the district court's dismissal of his civil complaint against two federal district court judges who denied relief on a total of nine civil complaints Plaintiff filed from 2004 to 2006. The district court

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

correctly held that Plaintiff could not obtain relief from the final judgment entered in those cases through a § 1983 or mandamus action filed in the district court. The court also concluded that Plaintiff's request for damages was barred by judicial immunity because nothing in his allegations suggested any factual or legal basis for concluding that either Defendant acted outside his judicial capacity or in the absence of all jurisdiction in adjudicating Plaintiff's claims.

The district court did not err in so ruling. We therefore **AFFIRM** the dismissal of Plaintiff's complaint for substantially the same reasons stated by the district court.

ENTERED FOR THE COURT

Monroe G. McKay
Circuit Judge